AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD 10-26-18)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
An apartment in Federal Way, more fully described in Attachment A

Case No. MJ20-519

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028 | Fraud RE: Identification |
| 18 U.S.C. 471 | Counterfeit Currency |

The application is based on these facts:
✓ See Affidavit of SA Eric Jackson, continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

*Applicant's signature*

Eric Jackson, Special Agent
*Printed name and title*

☐ The foregoing affidavit was sworn to before me and signed in my presence, or
☑ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: 08/11/2020

*Judge's signature*

City and state: Seattle, Washington

Hon. Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

USAO: 2020R00604

## AFFIDAVIT

STATE OF WASHINGTON  )
                     )  ss
COUNTY OF KING       )

I, Eric Jackson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 11, 2015. I am currently assigned to the Seattle Field Division in Seattle, Washington where I am assigned to the Seattle I Field Office. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes. Prior to my employment with ATF, I served as a Police Officer/Detective with the Dekalb County Police Department in Georgia from November 2001 until January 2015.

3. For the last four years that I was employed with the Dekalb County Police Department, I was assigned full time to the Federal Bureau of Investigation (FBI), Atlanta Field Office, Safe Streets Gang Task Force (SSGTF) in which I was deputized as a Special Federal Officer and investigated federal organized crime violations. I received formal training in the Federal Law Enforcement Training Center in Glynco, Georgia, Criminal Investigators Training Program, which familiarized me with basic narcotic investigations, drug identification and detection, familiarization with United States narcotics laws, financial investigations and money laundering, identification and seizure of drug-related

AFFIDAVIT OF SA ERIC JACKSON
USAO No. 2020R00604 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

assets, organized crime investigations, physical and electronic surveillance, and undercover operations. In addition, I successfully completed a fourteen-week ATF Special Agent Basic Training course in Glynco, Georgia, which included comprehensive, formalized instruction in, among other things: firearms identification, firearms trafficking, arson and explosives, and tobacco and alcohol diversion.

## PURPOSE OF AFFIDAVIT

4. This Affidavit is submitted in support of an addendum to seize additional evidence of crimes discovered during a search of an apartment located at 144 Southwest 332nd Place, Apartment 2804, in Federal Way, Washington. This addendum incorporates by reference the Affidavit of Eric Jackson in MJ20-513, and the associated search warrant authorizing a search of the Federal Way apartment (TARGET RESIDENCE).

5. While searching the Federal Way apartment for evidence of drug and firearm trafficking activity, agents located several printers in one of the bedrooms. One of the printers had a partially open paper bay, which had tan paper in it. Near this printer were multiple sheets apparently counterfeit 50 dollar bills, as well as several apparently counterfeit bills that were not in sheet form.

6. Also in the same room were several driver's licenses in different names with the same photo on them. There were sheets of check paper as well as checks printed in the name of at least one of the names on the driver's licenses.

7. The following are photographs of items located by agents during their search of the TARGET RESIDENCE:

AFFIDAVIT OF SA ERIC JACKSON
USAO No. 2020R00604 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970





AFFIDAVIT OF SA ERIC JACKSON
USAO No. 2020R00604 - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



## CONCLUSION

8. Based on the foregoing, I respectfully submit that there is probable cause to search the **TARGET RESIDENCE** further described in Attachment A, for evidence, fruits, and instrumentalities of fraud in connection with identification, in violation of Title 18, United States Code, Section 1028, and manufacturing counterfeit currency, in violation of Title 18, United States Code, Section 471, as further described in Attachment B.

ERIC JACKSON, Special Agent
Alcohol, Tobacco, Firearms, and
Explosives (ATF)

The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit on the 11th day of August, 2020.

MARY ALICE THEILER
United States Magistrate Judge

AFFIDAVIT OF SA ERIC JACKSON
USAO No. 2020R00604 - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970