# UNITED STATES DISTRICT COURT
for the
Western District of Washington



CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>An apartment in Federal Way,<br>more particularly described in Attachment A | ) ) ) ) ) ) Case No. MJ20-519 |

FILED (DROP BOX)

AUG 12 2020

CLERK ... T COURT
WESTERN ... OF WASHINGTON
          DEPUTY

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 24, 2020_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge in West. Dist. of Washington_____.
                                                                                              *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  August 11, 2020
                       3:30pm                                    _____[signature]_____
                                                                    *Judge's signature*

City and state:    Seattle, Washington             Mary Alice Theiler, United States Magistrate Judge
                                                           *Printed name and title*

USAO No. 2020R00604

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 787045-20-0035 | 8/11/2020  15:45PM | On chair in living room |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

1. Suspected counterfeit bills (individual & sheet form)
2. Paper used for counterfeit bills inside HP LaserJet CP1215
3. Paper used for printing counterfeit checks from LaserJet Pro
4. Counterfeit Ohio DL with Rosario's photo and name Michael Cowhick
5. 2 Jessica Svic Washington DLs
6. 2 Ohio DLs with same photo - suspected counterfeits
7. 1 Ohio DL from top of Epson printer
8. Suspected counterfeit checks for Andrew Fry
9. Suspected counterfeit check in _____
10. Passport photo depicting an Asian female
11. Folder with suspected faxes
12. Documents used in ID thefts
13. Materials for ID making
14. Vehicle title in Epson printer
15. Miscellaneous suspected counterfeit documents
16. 3 fraud checks & 1 $50 bill (hand)
17. Epson printer
18. HP laser printer CP1215
19. Accordion folder containing miscellaneous documents
20. HP laser printer M402N
21. Dell laptop
22. Bank deposit/withdrawal receipts
23. Chase checks

Rec'd

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/12/2020

*Executing officer's signature*

Claudia Enigwe, Special Agent
*Printed name and title*

## ATTACHMENT A

## PREMISES TO BE SEARCHED

The premise to be searched (TARGET RESIDENCE) is an apartment unit located at 144 Southwest 332nd Place, Apartment 2804, in Federal Way, Washington. This unit is located within The Cove Apartment complex, which has a listed address of 33131 1st Place Southwest, Federal Way, Washington.

The TARGET RESIDENCE is located within a two story apartment building. The building is tan with gray trim and clearly marked with a large number "28." The door of the TARGET RESIDENCE is red with the numbers "2804" affixed to the wall to the left of the door.

# ATTACHMENT B - ADDENDUM

# ITEMS TO BE SEARCHED FOR AND SEIZED

From the premises to be searched, which is listed in Attachment A of this warrant, the government is authorized to search for and seize the following items, which are evidence and/or fruits of the commission of the following crimes: Fraud in Connection with Identification Documents, in violation of Title 18, United States Code, Section 1028, and Manufacturing Counterfeit Currency, in violation of Title 18, United States Code, Section 471:

- Printers;
- Paper;
- Counterfeit currency;
- Identifications;
- Templates for creating counterfeit currency or identifications, in whatever form;
- Stolen identification information, in whatever form;
- Computers and other electronic devices capable of storing electronic templates or stolen identification information.

Attachment B
USAO 2020R00604